UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant.<br><br>AND RELATED CROSS ACTION. | CASE NO. SACV05-0467-JVS (RNBx)<br><br>**JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

[PROPOSED] JUDGMENT PURSUANT TO RULE 54(b)

CASE NO. SACV05-0467-JVS (RNBx)

[[NYLIT:2465711v1:4236W:03/06/08--10:31 p]]

WHEREAS prior to trial the Court had stayed claims predicated on U.S. Patent No. 5,425,051 pending re-examination by the Patent and Trademark Office (Minute Order, Dec. 5, 2006, Docket No. 254), a process which remains on going at this time;

WHEREAS this matter came before the Court and was tried before a jury;

WHEREAS the jury delivered its verdicts on May 29, 2007;

WHEREAS the Court has conducted a three-day hearing on injunctive relief, and has considered all of the evidence presented and the papers submitted by the parties;

WHEREAS Broadcom Corporation elected not to pursue the issue of willfulness following the Court's vacation the jury's findings of willfulness with respect to the patents in issue on post-trial motions (Docket No. 984); and

WHEREAS the Court has expressly determined that there is no just reason for delay in the entry of judgment because the Court has now made determinations concerning the disputed issues of infringement, validity, damages and injunctive relief pertaining to each of the three patents affected by this Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant directly infringed and induced the infringement of claims 1, 6, 9 and 12 of U.S. Patent No. 6,657,317 (the "'317 Patent").

2. Defendant did not directly infringe or induce the infringement of claim 28 of the '317 Patent.

3. The '317 Patent was not proved invalid.

4. Defendant's counterclaims seeking declaration judgment of noninfringement and invalidity of the '317 Patent are hereby dismissed.

5. Defendant directly infringed and induced the infringement of claim 3 of U.S. Patent No. 6,847,686 (the "'686 Patent").

6. Defendant did not contribute to the infringement of claim 3 of the '686 Patent.

7. The '686 Patent was not proved invalid.

8. Defendant's counterclaims seeking declaration judgment of noninfringement and invalidity of the '686 Patent are hereby dismissed.

9. Defendant directly infringed, induced the infringement and contributed to the infringement of claims 1, 2, 3 and 7 of U.S. Patent No. 6,389,010 (the "'010 Patent").

10. The '010 Patent was not proved invalid.

11. Defendant's counterclaims seeking declaration judgment of noninfringement and invalidity of the '010 Patent are hereby dismissed.

12. Defendant shall pay damages to Plaintiff in the amount of $22,829,596, comprised of: $3,785,414 for infringing and inducing the infringement of the '317 Patent; $13,638,173 for infringing and inducing the infringement of the '686 Patent; and $5,406,009 for infringing, inducing the infringement and contributing to the infringement of the '010 Patent.

13. Defendant shall pay pre-judgment interest to Plaintiff in the amount of $2,561,641, comprised of: $394,573 for the '317 patent, $1,325,505 for the '686 patent, and $841,562 for the '010 patent.

14. In accordance with 28 U.S.C. § 1961, Defendant shall pay to Plaintiff post-judgment interest on the amounts set forth in paragraphs 12 and 13 above, accruing at a rate of 1.52%, compounded annually.

15. Plaintiff is entitled to permanent injunctive relief. Defendant shall be permanently enjoined from further direct and indirect infringement of Plaintiff's patents as set forth in the Second Amended and Restated Permanent Injunction entered by this Court on March 11, 2008, which is incorporated herein by reference.

16. As the prevailing party, Plaintiff shall recover its costs in the amount of $_____.

Dated: March 24, 2008

By: _____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE