UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 05-467-JVS(RNBx) | Date | September 26, 2008<br>NUNC PRO TUNC TO<br>September 5, 2008 |
|---|---|---|---|
| Title | Broadcom Corp. v. Qualcomm Inc. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order Denying Defendant's Application to Seal Contempt Order

      In response to the invitation in the Court's Minute Order of August 28, 2008 (Docket No. 1314),[1] Qualcomm Incorporated ("Qualcomm") has applied the Court *ex parte* to seal the Order re Motion for Contempt ("Order"), filed the same day (Docket No. 1313), and to issue a redacted public version.  The Court had temporarily blocked access to the document on the CM/ECF system.  Broadcom Corporation ("Broadcom") opposes the application.

      The Court denies the application for several reasons.

      First, sealing the Order would be a futile.  Although the Order was available for approximately an hour, it was picked up by Reuters and possibly others new services.[2]  The Court also notes that its tentative, which contained all of the material which Qualcomm would redact, was publically available on the Court's webpage for at least a

---

    [1]The Court's Minute Order incorrectly suggested that the "parties" had requested sealing.  In fact, the request was made solely by Qualcomm.

    [2]See the Reuters webpage at http://www.reuters.com/article/newsOne/idUSN2834490020080828?virtualBrandChannel=10003; O'Neill Decl., Ex. 2, p. 130 (pagination per declaration);  see also the San Diego Union-Tribune webpage, SignOnSanDiego.com, at
http://www.signonsandiego.com/news/business/20080829-9999-1b29qualcomm.html.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 05-467-JVS(RNBx) | Date | September 26, 2008 NUNC PRO TUNC TO September 5, 2008 |
|---|---|---|---|
| Title | Broadcom Corp. v. Qualcomm Inc. | | |

portion of the afternoon on Friday July 18, 2008.[3] The fact that the Court posts tentatives on the Friday preceding Monday motions calendars is well known to the litigants by virtue of the Court's initial order in each case, and the Court believes to the press as well. Moreover, the contempt hearing itself was not closed, and indeed, press and even Qualcomm customers were present. (See Tr. July 21, 2008, p. 99.)

      Second, and far more important, is the public's right to access to the Court's proceedings. The public is entitled to know not simply what the Court did, but why it did it. As the Court said in its Minute Order of August 28, 2008, the Court believes this is particularly true where the litigants are public companies and leaders in their field. Broadcom's canvas of press coverage of the contempt ruling confirms the degree of public interest. (O'Neill Decl., Ex. 2.) While the Court believes its was appropriate for the parties to file under seal much of their showings and counter-showings on the Motion, the public's interest overrides their interest in confidentiality when it comes to the facts which underpin the Court's ruling.

      The application is denied. The Court directs the Clerk to restore public access to Document No. 1313 on the CM/ECF system.

|  | : |
|---|---|
| Initials of Preparer | kjt |

---

[3] Http://156.131.20.219/Intranet/JudgeReq.nsf/Tentative%20Rulings%20-%20JVS?OpenView.