# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION, | Case No. SACV05-467-JVS (RNBx) |
| Plaintiff, | |
| v. | **JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |
| QUALCOMM INCORPORATED, | |
| Defendant. | Hon. James V. Selna |
| AND RELATED CROSS-ACTION. | |

**WHEREAS** on March 24, 2008, the Court entered a Rule 54(b) judgment (Dkt. No. 1152) with respect to the claims relating to the infringement and validity of U.S. Patent No. 6,657,317 ("the '317 Patent"), U.S. Patent No. 6,847,686 ("the '686 Patent"), and U.S. Patent No. 6,389,010 ("the '010 Patent"), and that Rule 54(b) judgment incorporated a permanent injunction that has since been amended (most recently, on September 25, 2008);

**WHEREAS** since the entry of the March 24, 2008 Rule 54(b) Judgment, the Court has issued, *inter alia*, the following orders relating to the '317 Patent, the '686 Patent, and the '010 Patent ("the Post-54(b) Orders"):

- Order Re Motion for Contempt (Dkt. No. 1313);
- Amended Order Re Motion for Contempt (Dkt. No. 1346);
- Order Granting Motion for Return of '686 Sunset Royalties (Dkt. No. 1445);
- Order Re Motion for Contempt of '317 Injunction (Dkt. No. 1470);
- Order Re Motion for Reconsideration, or in the Alternative, to Modify the '317 Injunction Prospectively (Dkt. No. 1580); and
- Order re Motion for Clarification or Modification of Certain Provisions of the '317 Injunction Prospectively (Dkt. No. 1602); and

**WHEREAS** the parties have agreed to the entry of Judgment with respect to the Post-54(b) Orders (as set forth in the Stipulation, dated March 16, 2009), and the Court has expressly determined that there is no just reason for delay in the entry of Judgment with respect to the Post-54(b) Orders:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

The Court hereby enters final judgment as to the following orders:

- Order Re Motion for Contempt (Dkt. No. 1313);
- Amended Order Re Motion for Contempt (Dkt. No. 1346);

- Order Granting Motion for Return of '686 Sunset Royalties (Dkt. No. 1445);
- Order Re Motion for Contempt of '317 Injunction (Dkt. No. 1470);
- Order Re Motion for Reconsideration, or in the Alternative, to Modify the '317 Injunction Prospectively (Dkt. No. 1580); and
- Order re Motion for Clarification or Modification of Certain Provisions of the '317 Injunction Prospectively (Dkt. No. 1602).

Dated: March 16, 2009

_____
Hon. James V. Selna
Judge, United States District Court