MARTHA K. GOODING (SBN 101638)
goodingm@howrey.com
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614
Telephone: (949) 759-3935
Facsimile: (949) 721-6910

EVAN R. CHESLER (*pro hac vice*)
echesler@cravath.com
RICHARD J. STARK (*pro hac vice*)
rstark@cravath.com
ROGER G. BROOKS (*pro hac vice*)
rgbrooks@cravath.com
DARIN P. MCATEE (*pro hac vice*)
dmcatee@cravath.com
ANDREI HARASYMIAK (*pro hac vice*)
aharasymiak@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Defendant and Counterclaimant
QUALCOMM INCORPORATED

*(Additional attorneys appear on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br><br>  Defendant.<br><br>AND RELATED CROSS ACTION. | CASE NO. SACV05-0467-JVS (RNBx)<br><br>[PROPOSED] ORDER AMENDING THE CORRECTED PROTECTIVE ORDER<br><br>Courtroom: 6D<br>Judge: Hon. Robert N. Block |

*(Continued from previous page)*

MICHAEL G. ERMER (SBN 110496)
mermer@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
DOMINIC E. MASSA (*pro hac vice*)
dominic.massa@wilmerhale.com
RICHARD W. O'NEILL (*pro hac vice*)
richard.o'neill@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterdefendant
BROADCOM CORPORATION

The Court, having read and considered the parties' Joint Stipulation Amending the Corrected Protective Order (Docket No. 134), and good cause appearing therefor, makes the following Order:

It is hereby ORDERED that Paragraph 8(f) of Corrected Protective Order shall be modified to read as follows:

> "Qualcomm, the Disclosing Party, will provide for a copy machine at the secure Iron Mountain facility for use by Broadcom, the Receiving Party, to make copies of the originally-printed code. Once such copies are made, the Receiving Party may bring those copies into the room in which the source code computers are located, may make written notes on those copies, and may remove those copies from the secure facility. Broadcom is not permitted under any circumstances to remove originally-printed pages of source code from the secure facility and is not permitted to print the source code onto blank or loose non-bates-stamped pages. Printing and copying may not be done in such volume as to circumvent the purpose of this provision in protecting the parties' source code to the fullest extent possible."

**IT IS SO ORDERED.**

DATED: March 31, 2009

                                      **Hon. Robert N. Block**
                                      **United States Magistrate Judge**